# EXHIBIT A

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIA BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:21-cv-04046-CAP |
| ST. ANTONY'S GROUP, INC. d/b/a | ) | |
| BP QUICK MART, ABRAHAM | ) | |
| KALATHIL, JAIN STEPHEN, and | ) | |
| JAIS STEPHEN, | ) | |
| | ) | |
| Defendants. | ) | |

## SETTLEMENT AGREEMENT
## AND MUTUAL GENERAL RELEASE

This Settlement Agreement and General Release (hereinafter the "Agreement") is made and entered into this 21st day of December 2021, by and between plaintiff Maria Bowman ("Bowman" or "Plaintiff") and the named Defendants ST. ANTONY'S GROUP, INC., JAIN STEPHENS, JAIS STEPHEN and ABRAHAM KALATHIL (collectively, "St. Antony's" or "Defendants") herein identified as the Parties.

## W I T N E S S E T H:

**WHEREAS,** Bowman filed an individual lawsuit pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. section 201, et. seq., entitled *Bowman v. St.*

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

*Antony's Group, Inc., et. al,*,  in the United States District Court for the Northern District of Georgia, No.  1:21-cv-04046-CAP ("the Lawsuit"); in which she seeks damages and relief arising out of her employment with St. Antony's at a BP gas mart, contending that she was not paid overtime for all hours she worked over 40 hours for each administrative workweek; and does not assert collective claims;  and

**WHEREAS**, the Parties have carefully reviewed employment records, including time and attendance records, and have discussed the manner in which Bowman was paid while working with St. Antony's, and have mutually agreed that, based upon such review and negotiation between the parties, that Bowman is due the gross sum of $14,034.97 in overtime pay for the period of Bowman's employment at St. Antony's being February 22, 2019 to February 22, 2021, which sum represents full compensation for all unpaid overtime due Bowman while working at the BP gas mart owned by St. Antony's, as shown on Exhibit "A" attached hereto;

**WHEREAS**, St. Antony's no longer operates the BP gas mart where Bowman was employed because it has been sold to unaffiliated third parties, and St. Antony's is in the process of winding up and closing out its business affairs during calendar year 2021;

2

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

**WHEREAS**, St. Antony's and the three individual Defendants named in the litigation represent that they do not currently, and will not in the future, engage in the overtime pay practices alleged in the Complaint;

**WHEREAS**, St. Antony's contends that during the course of Plaintiff's employment with St. Antony's she received substantial sums of cash and goods from St. Antony's or the individual Defendants which she did not repay, such that St. Antony's or one or more of the individual Defendants have potential material counterclaims against her, under various contract, equity, and/or tort theories of recovery, the value of which is allegedly in excess of $19,000.00, exclusive of attorneys' fees and costs;

**WHEREAS**, after careful review and analysis, both Parties recognize that it would be in the best interest of all parties for Bowman to promptly obtain a release from St. Antony's and the individual Defendants so that all claims between the parties can be fully and completely resolved at one time and the Lawsuit dismissed, and Bowman has been advised by her counsel of the risks of trial in the Lawsuit, and other venues, including the Defendants' potential recovery against her should their claims succeed;

**WHEREAS**, in light of all the particulars involved in the issues pending between the Parties, the risks and costs associated with prolonged litigation, and the

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

desire of all the Parties to fully resolve all claims against each other in an expeditious fashion while St. Antony's is still a viable entity, Bowman is willing to release her FLSA claims in exchange for the total gross payment of $14,034.97, representing full and complete compensation due for her overtime claims;

**WHEREAS**, the Parties agree to, in addition to the FLSA release, mutually release all claims against one another, which is a material benefit to all Parties, including Bowman, because, among other things, Bowman is receiving the benefit of being released from potential material liability and the threat of time-consuming and expensive litigation;

**WHEREAS**, Bowman has voluntarily chosen to enter into this Agreement for the reasons stated above, and there has been no communication between the Parties apart from communications through counsel and no undue influence by the Defendants that any person could suggest undermine the settlement's fairness;

**WHEREAS**, Bowman has retained the firm of Scott Employment Law, P.C., which has substantial experience in handling FLSA cases, which has incurred expenses of $1,333.20 and expended in excess of 20 hours of attorney time (which shall continue to increase in finalizing the settlement and seeking Court approval) at a rate of $375.00/hour for Justin M. Scott and $300/hour for associate time in communications with Plaintiff, research, filing the Complaint, locating and serving

4

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

the Defendants, negotiations with opposing counsel, and other tasks, as shown on Exhibit "B" attached hereto, and St. Antony's has agreed to pay the sum of $8,000 to Bowman's counsel, which amount was negotiated separately from the amount to be paid to Bowman, and is based on Plaintiff's counsel's regular rates and actual time spent pursuing this matter;

**WHEREAS,** all parties to this Agreement desire to fully and finally settle all differences, claims, charges, or complaints between them, including but not limited to all allegations which have been made in the Lawsuit or which arose out of Bowman's employment with St. Antony's, and the allegations that she received merchandise and gasoline without payment;

**NOW**, **THEREFORE**, incorporating the foregoing recital of facts and in consideration of the mutual promises and agreements herein set forth, the Parties hereto agree as follows:

**1.**     This Agreement is conditioned entirely upon Court approval. Should the Court decline to approve it, the Parties shall work together cooperatively to submit a revised Agreement to the Court that meets the Court's approval. If the Parties are unable to do so, this Agreement shall be null and void, and shall have no effect on any claims or defenses of the Parties or the Litigation.

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

**2.** Bowman shall file a Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice and a Proposed Order in the Litigation on or before December 23, 2021, provided that this Agreement is fully executed before then and the Parties have agreed upon the Joint Motion.

**3.** As a material inducement for all Parties to enter into this Agreement St. Antony's will pay to Bowman and her attorneys the total gross sum of $22,034.97, representing overtime wages, attorneys' fees and the costs of litigation, and other alleged damages. Payment shall be made as follows:

(1) payment to Bowman in the gross amount of $14,034.97, less standard payroll withholding; and (2) payment to her attorneys of record, Scott Employment Law, P.C. in the sum of $8,000.00.

(2) Payment shall be made by wire transfer to Plaintiff Counsel's trust account within four (4) days after St. Antony's receives an original executed Agreement and W-9s from Scott Employment Law, P.C. and the Court approves this Settlement Agreement.

**4. FLSA Release:** Bowman, in exchange for the payment in the gross amount of $14,034.97, representing full payment of overtime alleged owed, releases and forever discharges on behalf of herself and her successors, heirs, assigns, legal representatives, agents, attorneys, and all other persons, all claims under the FLSA

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

against St. Antony's Group, Inc., Jain Stephen, Jais Stephen, and Abraham Kalathil, their affiliates, related companies, successors, predecessors, employees, officers, directors, assigns, insurers, accountants, attorneys, legal representatives and agents (collectively "the Releasees").

     **5.**     **Separate Mutual General Release:** Bowman, for and in consideration of additional good and valuable consideration in the form of the Defendants' release of known and material claims against her, the receipt and sufficiency of which is hereby acknowledged, releases and forever discharges on behalf of herself and her successors, heirs, assigns, legal representatives, agents, attorneys, and all other persons, any and all past, present, and future claims, causes of action, debts, obligations, duties, liabilities, damages, or demands, whether in law or in equity, whether sounding in contract, tort, fraud, statutory or regulatory violation, or otherwise (including any claims for compensation, severance, vacation and sick leave benefits, group health benefits, pension benefits), whether accrued or that may hereafter accrue, or whether now known or hereafter discovered, occurring at any time on or before the effective date of this Agreement, that she may have against the Releasees. Bowman acknowledges that the Releasees have no past, present or future liability, obligation, or duty other than payment as stated herein. It is the intention of Bowman that this release shall encompass all claims, whether known or unknown,

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

including those unintentionally omitted from the terms of this release. It is the intention of Bowman that this release shall constitute a release from liability for any claims which may already exist, but which are unknown to or undiscovered by Bowman. This waiver is not a mere recital, but is a known waiver of rights and benefits.   This is a bargained for provision of this Agreement and is further consideration for the covenants and conditions contained herein.

Bowman acknowledges that this Agreement releases claims under the Age Discrimination in Employment Act (ADEA) 29 U.S.C. § 621, et. seq., and is intended to comply with the Older Workers Benefit Protection Act 29 U.S.C. § 626(f) et. seq, and does not affect the EEOC's rights and responsibilities or interfere with her protected rights thereunder.   Bowman has been advised to consult her attorney before signing this Agreement. The Agreement does not release claims that arise after the date Bowman signs it.   Bowman has up to twenty-one (21) days to consider this Agreement after receiving it from St. Antony's; and an additional seven (7) days to revoke her signature.   The Agreement is not effective on either party until after the full seven (7) day revocation period has ended.

St. Antony's, Jain Stephen, Jais Stephen, and Abraham Kalathil, for and in consideration of good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, release and forever discharge on behalf of

8

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

themselves and their successors, heirs, assigns, legal representatives, agents, attorneys, and all other persons, any and all past, present, and future claims, causes of action, debts, obligations, duties, liabilities, damages, or demands, whether in law or in equity, whether sounding in contract, tort, fraud, statutory or regulatory violation, or otherwise whether accrued or that may hereafter accrue, or whether now known or hereafter discovered, occurring at any time on or before the effective date of this Agreement, that they may have against Bowman and her heirs, successors, assigns, attorneys, legal representatives and agents.  It is their intention that this release shall encompass all claims, whether known or unknown, including those unintentionally omitted from the terms of this release.  This release shall encompass any and all claims arising from Bowman's employment with St. Antony's, including any claims for sums of cash and/or goods received by Bowman from St. Antony's or the individual Defendants, which sums St. Antony's alleges that Bowman did not repay and/or for which goods Bowman did not pay.  It is their intention that this release shall constitute a release from liability for any claims which may already exist, but which are unknown to or undiscovered by them. This waiver is not a mere recital, but is a known waiver of rights and benefits.  This is a bargained for provision of this Agreement and is further consideration for the covenants and conditions contained herein.

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

**6.** In further consideration of the covenants, warranties, and representations contained herein, the Parties hereto expressly recognize and agree that this Agreement is a full and final settlement of all disputed claims amongst them.

**7.** This Agreement contains the entire agreement of the Parties hereto and no waiver, modification, or amendment of this Agreement shall be valid unless it is in writing and signed by the Parties hereto.

**8.** The parties intend for this Agreement to be severable, and it is mutually agreed that if any provision shall be construed to be illegal or invalid, for any reason, such illegal or invalid part of this Agreement shall not affect the legality or validity of the other provisions contained herein.

**9.** In signing this Agreement, the Parties hereto expressly certify that they have carefully read all provisions contained herein, that they have consulted with legal counsel, and that they have knowingly and voluntarily signed this Agreement with the understanding that it will be final and binding as to their interests.

**10.** The Parties to this Agreement represent and acknowledge that in executing this Agreement, they do not rely and have not relied upon any representation or statement made by the other or by any of the other's agents, representatives, or attorneys with regard to the subject matter, basis, or effect of this Agreement or otherwise.

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

**11.**   This Agreement shall be binding upon all of the Parties hereto, and upon their heirs, administrators, representatives, executors, successors, and assigns.

**12.**   This Agreement is made and entered into in the State of Georgia, and shall in all respects be interpreted, enforced, and governed under the laws of the State of Georgia.

**13.**   This Agreement may be executed in multiple counterparts and all such counterparts shall be taken together so that they may constitute a completely executed agreement among the Parties.

**14.**   This Agreement is not confidential.  Nothing in this Agreement shall be construed so as to prevent Bowman from discussing her FLSA claims or the bases therefore.

Effective Date:  This 21st day of December 2021.

SIGNATURES ON FOLLOWING PAGES

11

DocuSign Envelope ID: 78BCF0C0-A5EE-47B7-BD0F-5AE4E7EEAD4E

_____ (SEAL)
MARIA BOWMAN
12/21/2021
Date: _____

ST. ANTONY'S GROUP, INC.

_____ (SEAL)
by: _JAIN STEPHEN_
Date: _12 / 21 / 2021_

_____ (SEAL)
JAIN STEPHEN
Date: _12 / 21 / 2021_

_____ (SEAL)
JAIS STEPHEN
Date: _12/21/2021_

_____ (SEAL)
ABRAHAM KALATHIL
Date: _12/21/2021_

# EXHIBIT A

| Date | Total Hours Worked | Straight Time Due @ 13 per Hour | Straight Time Paid by Check | Check Number | Straight Time Paid in Cash | Actual Straight Time Paid | Overtime Hours | Overtime Due @ 6.5 |
|---|---|---|---|---|---|---|---|---|
| 3/11/2019 | 48.61 | $ 631.93 | $ 390.00 | #575 | $ 242.00 | $ 632.00 | 8.61 | $ 55.96 |
| 3/18/2019 | 61 | $ 793.00 | $ 390.00 | #577 | $ 403.00 | $ 793.00 | 21.00 | $ 136.50 |
| 3/25/2019 | 59 | $ 767.00 | $ 390.00 | #579 | $ 377.00 | $ 767.00 | 19.00 | $ 123.50 |
| 4/1/2019 | 55 | $ 715.00 | $ 390.00 | #585 | $ 325.00 | $ 715.00 | 15.00 | $ 97.50 |
| 4/15/2019 | 62.54 | $ 813.02 | $ 390.00 | #589 | $ 423.00 | $ 813.00 | 22.54 | $ 146.51 |
| 4/22/2019 | 64 | $ 832.00 | $ 390.00 | #591 | $ 442.00 | $ 832.00 | 24.00 | $ 156.00 |
| 4/29/2019 | 54.23 | $ 704.99 | $ 390.00 | #593 | $ 315.00 | $ 705.00 | 14.23 | $ 92.50 |
| 5/6/2019 | 54.3 | $ 705.90 | $ 390.00 | #601 | $ 316.00 | $ 706.00 | 14.30 | $ 92.95 |
| 5/13/2019 | 55 | $ 715.00 | $ 390.00 | #603 | $ 325.00 | $ 715.00 | 15.00 | $ 97.50 |
| 5/20/2019 | 64.61 | $ 839.93 | $ 390.00 | #605 | $ 450.00 | $ 840.00 | 24.61 | $ 159.96 |
| 5/27/2019 | 40 | $ 520.00 | $ 390.00 | #611 | $ 130.00 | $ 520.00 | 0.00 | $ - |
| 6/3/2019 | 53.07 | $ 689.91 | $ 390.00 | #613 | $ 300.00 | $ 690.00 | 13.07 | $ 84.95 |
| 6/10/2019 | 55 | $ 715.00 | $ 390.00 | #615 | $ 325.00 | $ 715.00 | 15.00 | $ 97.50 |
| 6/17/2019 | 57 | $ 741.00 | $ 390.00 | #617 | $ 351.00 | $ 741.00 | 17.00 | $ 110.50 |
| 6/24/2019 | 65 | $ 845.00 | $ 390.00 | #623 | $ 455.00 | $ 845.00 | 25.00 | $ 162.50 |
| 7/1/2019 | 64 | $ 832.00 | $ 390.00 | #625 | $ 442.00 | $ 832.00 | 24.00 | $ 156.00 |
| 7/8/2019 | | | | | | | | |
| 7/15/2019 | 52.38 | $ 680.94 | $ 390.00 | #627 | $ 291.00 | $ 681.00 | 12.38 | $ 80.47 |
| 7/22/2019 | 55 | $ 715.00 | $ 390.00 | #629 | $ 325.00 | $ 715.00 | 15.00 | $ 97.50 |
| 7/29/2019 | 60.53 | $ 786.89 | $ 390.00 | #631 | $ 397.00 | $ 787.00 | 20.53 | $ 133.44 |
| 8/5/2019 | 67 | $ 871.00 | $ 390.00 | #637 | $ 481.00 | $ 871.00 | 27.00 | $ 175.50 |
| 8/12/2019 | 43.23 | $ 561.99 | $ 390.00 | #639 | $ 172.00 | $ 562.00 | 3.23 | $ 20.99 |
| 8/19/2019 | | | | | | | | |
| 8/26/2019 | 56 | $ 728.00 | $ 390.00 | #643 | $ 338.00 | $ 728.00 | 16.00 | $ 104.00 |
| 9/2/2019 | | | | | | | | |
| 9/9/2019 | 48.3 | $ 627.90 | $ 390.00 | check missing | $ 238.00 | $ 628.00 | 8.30 | $ 53.95 |
| 9/16/2019 | 55.38 | $ 719.94 | $ 390.00 | #646 | $ 330.00 | $ 720.00 | 15.38 | $ 99.97 |
| 9/23/2019 | 56 | $ 728.00 | $ 390.00 | #647 | $ 338.00 | $ 728.00 | 16.00 | $ 104.00 |
| 9/30/2019 | 65.53 | $ 851.89 | $ 390.00 | #648 | $ 462.00 | $ 852.00 | 25.53 | $ 165.94 |
| 10/7/2019 | 55.38 | $ 719.94 | $ 390.00 | #653 | $ 330.00 | $ 720.00 | 15.38 | $ 99.97 |
| 10/14/2019 | 85.38 | $ 1,109.94 | $ 390.00 | #655 | $ 720.00 | $ 1,110.00 | 45.38 | $ 294.97 |
| 10/21/2019 | 84.61 | $ 1,099.93 | $ 390.00 | #655 | $ 710.00 | $ 1,100.00 | 44.61 | $ 289.96 |
| 10/28/2019 | 59 | $ 767.00 | $ 390.00 | #661 | $ 377.00 | $ 767.00 | 19.00 | $ 123.50 |
| 11/4/2019 | 84 | $ 1,092.00 | $ 390.00 | #663 | $ 702.00 | $ 1,092.00 | 44.00 | $ 286.00 |
| 11/11/2019 | 78.3 | $ 1,017.90 | $ 390.00 | #665 | $ 628.00 | $ 1,018.00 | 38.30 | $ 248.95 |
| 11/18/2019 | 84.15 | $ 1,093.95 | $ 390.00 | #667 | $ 704.00 | $ 1,094.00 | 44.15 | $ 286.97 |
| 11/25/2019 | 64.3 | $ 835.90 | $ 390.00 | #671 | $ 446.00 | $ 836.00 | 24.30 | $ 157.95 |
| 12/2/2019 | 91 | $ 1,183.00 | $ 390.00 | #673 | $ 793.00 | $ 1,183.00 | 51.00 | $ 331.50 |
| 12/9/2019 | 77 | $ 1,001.00 | $ 390.00 | #675 | $ 611.00 | $ 1,001.00 | 37.00 | $ 240.50 |
| 12/16/2019 | 84.84 | $ 1,102.92 | $ 390.00 | #677 | $ 700.00 | $ 1,090.00 | 44.84 | $ 291.46 |
| 12/23/2019 | 76.15 | $ 989.95 | $ 390.00 | #681 | $ 600.00 | $ 990.00 | 36.15 | $ 234.97 |
| 12/30/2019 | 83.84 | $ 1,089.92 | $ 390.00 | #683 | $ 700.00 | $ 1,090.00 | 43.84 | $ 284.96 |
| | | | | | | | $ | 5,977.75 |

| Date | Total Hours Worked | Straight Time Due @13 | Staright Time Paid By Check | Check # | Straight Time Paid In Cash | Actual Straight Time Paid | Overtime Hours worked | Overtime Due @ 6.5 |
|---|---|---|---|---|---|---|---|---|
| 1/6/2020 | 64 3 | $ 835.90 | $ 390 00 | #685 | $ 446 00 | $ 836 00 | 24.3 | $ 157.95 |
| 1/13/2020 | 63.46 | $ 824 98 | $ 390 00 | #687 | $ 435 00 | $ 825 00 | 23.46 | $ 152.49 |
| 1/20/2020 | 81.46 | $ 1,058.98 | $ 390 00 | #698 | $ 669 00 | $ 1,059 00 | 41.46 | $ 269.49 |
| 1/27/2020 | 79 3 | $ 1,030.90 | $ 390 00 | #691 | $ 641 00 | $ 1,031 00 | 39.3 | $ 255.45 |
| 2/3/2020 | 83.84 | $ 1,089.92 | $ 390 00 | #695 | $ 700 00 | $ 1,090 00 | 43.84 | $ 284 96 |
| 2/10/2020 | 69.23 | $ 899 99 | $ 390 00 | check missing | $ 510 00 | $ 900 00 | 29.23 | $ 189 99 |
| 2/17/2020 | 54.23 | $ 704 99 | $ 390 00 | check missing | $ 315 00 | $ 705 00 | 14.23 | $ 92.49 |
| 2/24/2020 | 50 | $ 650 00 | $ 390 00 | #701 | $ 260 00 | $ 650 00 | 10 | $ 65.00 |
| 3/2/2020 | 71.92 | $ 934 96 | $ 390 00 | #705 | $ 545 00 | $ 935 00 | 31.92 | $ 207.48 |
| 3/9/2020 | 60 | $ 780 00 | $ 390 00 | #707 | $ 390 00 | $ 780 00 | 20 | $ 130 00 |
| 3/30/2020 | 56.15 | $ 729 95 | $ 390 00 | #715 | $ 340 00 | $ 730 00 | 16.15 | $ 104 97 |
| 4/6/2020 | 71 | $ 923 00 | $ 390 00 | #716 | $ 533 00 | $ 923 00 | 31 | $ 201 50 |
| 4/13/2020 | 73.07 | $ 949 91 | $ 390 00 | #719 | $ 560 00 | $ 950 00 | 33.07 | $ 214 95 |
| 5/4/2020 | 35.77 | $ 465 01 | $ 390 00 | #726 | $ 75 00 | $ 465 00 | 0 | $ - |
| 5/11/2020 | 82.61 | $ 1,073.93 | $ 390 00 | #729 | $ 684 00 | $ 1,074 00 | 42.61 | $ 276 96 |
| 5/18/2020 | 60 | $ 780 00 | $ 390 00 | #732 | $ 390 00 | $ 780 00 | 20 | $ 130 00 |
| 5/25/2020 | 55 | $ 715 00 | $ 390 00 | #735 | $ 325 00 | $ 715 00 | 15 | $ 97.50 |
| 6/1/2020 | 68.15 | $ 885 95 | $ 390 00 | #741 | $ 496 00 | $ 886 00 | 28.15 | $ 182 97 |
| 6/8/2020 | 76.15 | $ 989 95 | $ 390 00 | #746 | $ 600 00 | $ 990 00 | 36.15 | $ 234 97 |
| 6/15/2020 | 81 | $ 1,053 00 | $ 390 00 | #751 | $ 663 00 | $ 1,053 00 | 41 | $ 266 50 |
| 6/22/2020 | 77 | $ 1,001.00 | $ 390 00 | #755 | $ 611 00 | $ 1,001 00 | 37 | $ 240 50 |
| 6/29/2020 | 64.84 | $ 842 92 | $ 390 00 | #761 | $ 453 00 | $ 843 00 | 24.84 | $ 161.46 |
| 7/6/2020 | 72 3 | $ 939 90 | $ 390 00 | #765 | $ 550 00 | $ 940 00 | 32.3 | $ 209.95 |
| 8/3/2020 | 74 | $ 962 00 | $ 390 00 | #783 | $ 572 00 | $ 962 00 | 34 | $ 221 00 |
| 8/10/2020 | 67 | $ 871 00 | $ 390 00 | #787 | $ 481 00 | $ 871 00 | 27 | $ 175 50 |
| 8/17/2020 | 62.69 | $ 814 97 | $ 390 00 | #791 | $ 425 00 | $ 815 00 | 22.69 | $ 147.48 |
| 8/24/2020 | 57.76 | $ 750 88 | $ 390 00 | #795 | $ 361 00 | $ 751 00 | 17.76 | $ 115.44 |
| 8/31/2020 | 80 | $ 1,040.00 | $ 390 00 | #801 | $ 650 00 | $ 1,040 00 | 40 | $ 260 00 |
| 9/7/2020 | 58 | $ 754 00 | $ 390 00 | #805 | $ 364 00 | $ 754 00 | 18 | $ 117 00 |
| 9/14/2020 | 55.07 | $ 715 91 | $ 390 00 | #809 | $ 326 00 | $ 716 00 | 15.07 | $ 97.95 |
| 9/21/2020 | 53.07 | $ 689 91 | $ 390 00 | #813 | $ 300 00 | $ 690 00 | 13.07 | $ 84.95 |
| 9/28/2020 | 66 | $ 858 00 | $ 390 00 | check missing | $ 468 00 | $ 858 00 | 26 | $ 169 00 |
| 10/5/2020 | 86.15 | $ 1,119.95 | $ 390 00 | #822 | $ 730 00 | $ 1,120 00 | 46.15 | $ 299 97 |
| | | | | | | | | $ 5,815.82 |

| Date | Total Hours Worked | Straight Time Due @ 14 | Staright Time Paid By Check | Check Number | Straight Time Paid in Cash | Actual Straight Time Paid | Overtime Hours Worked | Overtime Due @ 7 |
|------|------|------|------|------|------|------|------|------|
| 10/12/2020 | 87.14 | $ 1,219.96 | $ 280.00 | #825 | $ 800.00 | $ 1,080.00 | 47.14 | $ 329.98 |
| 10/19/2020 | 88 | $ 1,232.00 | $ 280.00 | #828 | $ 812.00 | $ 1,092.00 | 48 | $ 336.00 |
| 10/26/2020 | 64.28 | $ 899.92 | $ 280.00 | #831 | $ 620.00 | $ 900.00 | 24.28 | $ 169.96 |
| 11/2/2020 | 65 | $ 910.00 | $ 280.00 | #836 | $ 630.00 | $ 910.00 | 25 | $ 175.00 |
| 11/9/2020 | 52.86 | $ 740.04 | $ 280.00 | #839 | $ 460.00 | $ 740.00 | 12.86 | $ 90.02 |
| 11/16/2020 | 71 | $ 994.00 | $ 280.00 | #842 | $ 714.00 | $ 994.00 | 31 | $ 217.00 |
| 12/7/2020 | 57.14 | $ 799.96 | $ 280.00 | #853 | $ 520.00 | $ 800.00 | 17.14 | $ 119.98 |
| 12/14/2020 | 70 | $ 980.00 | $ 280.00 | #856 | $ 700.00 | $ 980.00 | 30 | $ 210.00 |
| 12/21/2020 | 54.28 | $ 759.92 | 280.00 | 859 | $ 480.00 | $ 760.00 | 14.28 | $ 99.96 |
| | | | | | | | | $ 1,747.90 |

| Date | Total Hours Worked | Straight Time Due @ 14 | Straight Time Paid By Check | Check Number | Straight Time Paid in Cash | Actual Straight Time Paid | Overtime Hours Worked | Overtime Due @ 7 |
|------|-------------------|------------------------|-----------------------------|--------------|----------------------------|---------------------------|----------------------|------------------|
| 1/4/2021 | 62 | $ 868 00 | $ 280.00 | #869 | $ 588 00 | $ 868.00 | 22 | $ 154.00 |
| 1/11/2021 | 60.5 | $ 847 00 | $ 280.00 | #873 | $ 564 00 | $ 844.00 | 20.5 | $ 143.50 |
| 1/18/2021 | 68 | $ 952 00 | $ 280.00 | #877 | $ 672 00 | $ 952.00 | 28 | $ 196.00 |
| | | | | | | | | $ 493.50 |

# EXHIBIT B

# Scott Employment Law, P.C.

**INVOICE**

160 Clairemont Avenue, Suite 610
Decatur, GA 30030

Invoice # 429
Date: 12/23/2021
Due On: 01/22/2022

Maria Bowman



### 00358-Bowman

## FLSA overtime claim

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JS | 09/27/2021 | Conference with client and analyze claims | 0.40 | $375.00 | $150.00 |
| Service | MF | 09/28/2021 | Reviewed case file; began drafting Complaint; legal research in support of Georgia state law claims | 2.60 | $300.00 | $780.00 |
| Service | JS | 09/28/2021 | Work with associate on preparing Complaint | 0.20 | $375.00 | $75.00 |
| Service | JS | 09/29/2021 | Conference with associate regarding claims and Complaint | 0.30 | $375.00 | $112.50 |
| Service | MF | 09/29/2021 | Legal research on ▮▮▮ ▮▮▮▮▮ finished rough draft of complaint; phone call with client; revised draft complaint | 6.60 | $300.00 | $1,980.00 |
| Service | MF | 09/30/2021 | Reviewed and revised draft complaint; sent same to client for review; phone call with client | 0.80 | $300.00 | $240.00 |
| Expense | MF | 09/30/2021 | Reimbursable expenses: Court filing fee | 1.00 | $402.00 | $402.00 |
| Service | MF | 09/30/2021 | Phone call with client; finalized complaint based on revisions by partner; drafted proposed Summonses, Cover Sheet, and Cert. of Interested Persons; filed case. | 2.10 | $300.00 | $630.00 |
| Service | JS | 09/30/2021 | Work with associate on finalizing and filing Complaint | 0.20 | $375.00 | $75.00 |
| Service | JS | 10/01/2021 | Review filings | 0.10 | $375.00 | $37.50 |
| Service | MF | 10/04/2021 | Email correspondence to process server | 0.10 | $300.00 | $30.00 |
| Service | MF | 10/12/2021 | Email correspondence with process server; drafted substitute service form for Ga. Sec'y | 0.80 | $300.00 | $240.00 |

| | | | of State; drafted certification in support of same | | | |
|---|---|---|---|---|---|---|
| Service | JS | 10/12/2021 | Review attempts at service | 0.10 | $375.00 | $37.50 |
| Service | JS | 10/21/2021 | Conference with opposing counsel | 0.20 | $375.00 | $75.00 |
| Service | MF | 10/26/2021 | Emailed process server for service update and possible need for affidavit of non-service. | 0.10 | $300.00 | $30.00 |
| Service | MF | 10/31/2021 | Email to client | 0.10 | $300.00 | $30.00 |
| Service | JS | 10/31/2021 | Correspond with associate regarding ███████ ██████████████████████████ | 0.10 | $375.00 | $37.50 |
| Service | MF | 11/01/2021 | Phone call with client; email correspondence to partner summarizing same | 0.40 | $300.00 | $120.00 |
| Service | MF | 11/01/2021 | Phone call with client | 0.20 | $300.00 | $60.00 |
| Service | JS | 11/01/2021 | Conference with associate regarding case status and strategy | 0.10 | $375.00 | $37.50 |
| Service | MF | 11/03/2021 | Email to process server re: status of service | 0.10 | $300.00 | $30.00 |
| Service | JS | 11/03/2021 | Conference and correspond with opposing counsel regarding service and responsive pleadings | 0.30 | $375.00 | $112.50 |
| Expense | JS | 11/10/2021 | Reimbursable expenses: Service of Process | 1.00 | $931.20 | $931.20 |
| Service | MF | 11/19/2021 | Case discussion with partner | 0.10 | $300.00 | $30.00 |
| Service | JS | 11/21/2021 | Conference with opposing counsel, review documents, analyze claims | 0.40 | $375.00 | $150.00 |
| Service | MF | 11/22/2021 | Phone call with client; email to partner re: same | 0.40 | $300.00 | $120.00 |
| Service | JS | 11/22/2021 | Review client response to allegations | 0.10 | $375.00 | $37.50 |
| Service | JS | 12/10/2021 | Prepare for and conference with opposing counsel regarding resolution, damages, and potential counterclaims, and review correspondence related to same | 0.40 | $375.00 | $150.00 |
| Service | MF | 12/13/2021 | Verified unpaid overtime calculations; two phone calls with client | 0.70 | $300.00 | $210.00 |
| Service | JS | 12/13/2021 | Strategize regarding issues related to settlement | 0.10 | $375.00 | $37.50 |
| Service | JS | 12/14/2021 | Continue to work on settlement strategy | 0.20 | $375.00 | $75.00 |
| Service | JS | 12/15/2021 | Conference with client regarding settlement | 0.30 | $375.00 | $112.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and correspond with opposing counsel regarding same | | | |
| Service | MF | 12/17/2021 | Reviewed proposed Settlement Agreement and redlined same | 0.70 | $300.00 | $210.00 |
| Service | JS | 12/17/2021 | Work with associate on finalizing settlement | 0.20 | $375.00 | $75.00 |
| Service | JS | 12/18/2021 | Review proposed agreement | 0.10 | $375.00 | $37.50 |
| Service | MF | 12/19/2021 | Reviewed partner's proposed changes to draft Settlement Agreement | 0.20 | $300.00 | $60.00 |
| Service | JS | 12/19/2021 | Revise proposed settlement agreement | 0.30 | $375.00 | $112.50 |
| Service | JS | 12/19/2021 | Correspond with opposing counsel and continue to revise and finalize settlement agreement | 0.50 | $375.00 | $187.50 |
| Service | MF | 12/20/2021 | Phone call with client. | 0.10 | $300.00 | $30.00 |
| Service | MF | 12/21/2021 | Phone call with client | 0.10 | $300.00 | $30.00 |
| Service | MF | 12/21/2021 | Drafted Joint Motion for Settlement Approval and Proposed Order on same | 3.30 | $300.00 | $990.00 |
| Service | MF | 12/21/2021 | Reviewed and revised draft Joint Motion for Settlement Approval based on feedback from partner | 0.40 | $300.00 | $120.00 |
| Service | JS | 12/21/2021 | Continue to work on finalizing settlement | 0.50 | $375.00 | $187.50 |
| Service | JS | 12/21/2021 | Research and revise motion for approval | 0.60 | $375.00 | $225.00 |
| Service | JS | 12/22/2021 | Continue to prepare joint motion for settlement approval | 0.20 | $375.00 | $75.00 |
| Service | JS | 12/22/2021 | Continue to work on finalizing settlement and issues related thereto | 1.20 | $375.00 | $450.00 |

**Total**  **$9,965.70**

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 429 | 01/22/2022 | $9,965.70 | $0.00 | $9,965.70 |
| | | | **Outstanding Balance** | **$9,965.70** |

**Total Amount Outstanding**          **$9,965.70**

Please make all amounts payable to: Scott Employment Law, P.C.

Please pay within 30 days.