# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MARIA BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ST. ANTONY'S GROUP, INC. d/b/a BP QUICK MART, ABRAHAM KALATHIL, JAIN STEPHEN, and JAIS STEPHEN,<br><br>    Defendants. | Civil Action No. 1:21-cv-04046-CAP<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted, this 12th day of January 2022.

| | |
|---|---|
| */s/ Justin M. Scott*<br>Justin M. Scott<br>Georgia Bar No. 557463<br>Michael D. Forrest<br>Georgia Bar No. 974300<br>SCOTT EMPLOYMENT LAW, P.C.<br>160 Clairemont Avenue, Suite 610<br>Decatur, Georgia 30030<br>Telephone: 678.780.4880<br>Facsimile: 478.575.2590<br>jscott@scottemploymentlaw.com<br>mforrest@scottemploymentlaw.com | */s/ Lynn C. Stewart*<br>Lynn C. Stewart<br>Georgia Bar No. 681625<br>Stephen Mulherin<br>Georgia Bar No. 955028<br>Schreeder, Wheeler & Flint LLP<br>1100 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 681-3450<br>Fax: (404) 681-1046<br>lstewart@swfllp.com<br>smulherin@swfllp.com |

Counsel for Plaintiff                    Counsel for Defendants

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14-point font, as approved by the Court in Local Rule 5.1(C).

>*/s/ Justin M. Scott*
>Justin M. Scott
>Georgia Bar No. 557463

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA BOWMAN,<br><br>   Plaintiff,<br><br>v.<br><br>ST. ANTONY'S GROUP, INC. d/b/a BP QUICK MART, ABRAHAM KALATHIL, JAIN STEPHEN, and JAIS STEPHEN,<br><br>   Defendants. | Civil Action No. 1:21-cv-04046-CAP<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send electronic notification of such filing to the following counsel of record as follows:

Lynn C. Stewart, Esq.
Stephen Mulherin, Esq.
Schreeder, Wheeler & Flint LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
lstewart@swfllp.com
smulherin@swfllp.com

Respectfully submitted, this 12th day of January 2022.

                                        */s/ Justin M. Scott*
                                        Justin M. Scott
                                        Georgia Bar No. 557463

1

2

        Michael D. Forrest
        Georgia Bar No. 974300
        SCOTT EMPLOYMENT LAW, P.C.
        160 Clairemont Avenue, Suite 610
        Decatur, Georgia 30030
        Telephone: 678.780.4880
        Facsimile: 478.575.2590
        jscott@scottemploymentlaw.com
        mforrest@scottemploymentlaw.com

        Counsel for Plaintiff